**Order entered October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00121-CR

**TINA MARIE ALBERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-59105-W**

## ORDER

The Court **REINSTATES** the appeal.

On August 22, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel J. Daniel Oliphant; and (3) Mr. Oliphant's explanation for the delay in filing appellant's brief is workload.

We note that appellant's brief was originally due June 20, 2013, we abated the appeal for findings on August 22, 2013, and we received the trial court's findings on October 9, 2013. At no time did appellate counsel file a motion in this Court seeking additional time to file appellant's brief. *See* TEX. R. APP. P. 38.6(a), (d). Accordingly, we **DO NOT ADOPT** the finding that appellant requires eighty additional days to file appellant's brief.

We **ORDER** appellant to file her brief by **DECEMBER 11, 2013**.  If appellant's brief is not filed by the date specified, we will order J. Daniel Oliphant removed as appellant's counsel and order the trial court to appoint a new attorney to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; J. Daniel Oliphant; and the Dallas County District Attorney's Office.

/s/     DAVID EVANS
        JUSTICE